**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| COMMONWEALTH OF PENNSYLVANIA, | : No. 602 WAL 2014 |
|---|---|
| Respondent | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| LAWRENCE JOSEPH RAINS, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.